RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Victor Abraham Ruiz James

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VICTOR ABRAHAM RUIZ JAMES,<br><br>　　　　　Defendant. | Case No. 2:25-mj-00164-NJK<br><br>**STIPULATION TO VACATE STATUS CONFERENCE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Jacob Haile Operskalski, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Victor Abraham Ruiz James, that the Status Conference currently scheduled on March 24, 2025 at 4:00 p.m., be vacated.

This Stipulation is entered into for the following reasons:

1.　　　The parties are under the impression that the Court set the status conference as a contingency in the event that Mr. Ruiz did not appear for court in the Southern District of California.

2.　　　Mr. Ruiz did in fact appear for court in the Southern District of California on March 13, 2025. (Exhibit A.)

3.      Accordingly, the parties agree that the Court may vacate the status conference.

DATED this 20th day of March, 2025.

RENE L. VALLADARES                         SUE FAHAMI
Federal Public Defender                    Acting United States Attorney


By /s/ Rick Mula                           By /s/ Jacob Haile Operskalski
RICK MULA                                  JACOB HAILE OPERSKALSKI
Assistant Federal Public Defender          Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00164-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| VICTOR ABRAHAM RUIZ JAMES, | |
| Defendant. | |

        IT IS THEREFORE ORDERED that the status conference currently scheduled for March 24, 2025 at 4:00 p.m., be vacated.

        DATED this 20th day of March, 2025.

_____
UNITED STATES MAGISTRATE JUDGE